**ORIGINAL**

1   Patrick J. Hagan (CA State Bar No. 266237)
2   Email: Patrick.hagan@bryancave.com
    BRYAN CAVE LLP
3   120 Broadway, Suite 300
4   Santa Monica, CA  90401-2386
    Telephone: 310-576-2100
5   Facsimile: 310-576-2200

6
7   Attorneys for Plaintiff
    The Richard Dawkins Foundation for Reason
8   and Science

9

10

11

12

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

13

14   THE RICHARD DAWKINS
15   FOUNDATION FOR REASON AND
     SCIENCE, a Delaware non-profit
16   corporation,

17                 Plaintiff,                    **COMPLAINT**

18        v.

19
     UPPER BRANCH PRODUCTIONS,
20   INC., a California corporation,

21
                    Defendant.
22

23

24

25

26

27

28

**CV12- 10694** CBM(AJWx)



PAID

DEC 14 2012

Clerk, US District Court
COURT 4612

ORIGINAL

## SUMMARY OF CLAIMS

1.     The Richard Dawkins Foundation for Reason and Science (the "Foundation") brings this lawsuit seeking a declaration of non-infringement of the works claimed by Defendant Upper Branch Productions, Inc. ("Upper Branch") in a case that Upper Branch filed in this Court on October 12, 2012 styled *Upper Branch Productions, Inc. v. InnerWorkings, Inc., et al.*, Case No. CV12-8789 MWF (RZx) (the "Related Case"), which is pending before the Hon. Michael W. Fitzgerald, and redress for Upper Branch's violation of section 512(f) of the Digital Millennium Copyright Act ("DMCA").

2.     The Foundation is a non-profit entity that exists to support scientific education, critical thinking, and evidence-based understanding of the natural world in the quest to overcome religious fundamentalism, suppression, intolerance, and suffering.  As part of its mission to educate the public, the Foundation creates videos and DVDs of lectures and discussions among prominent professors and scientists concerning life, the universe, and the role of science in human life.  The DVDs are used to help fund the video projects and the Foundation makes the videos available to everyone, everywhere, all the time, for free, through the Foundation's YouTube channel and the Foundation's web site.  The DVDs and the videos serve the Foundation's goals by furthering the Foundation's education mission and by generating donations for the Foundation.

3.     Through its owner Josh Timonen, Upper Branch has asserted meritless allegations of copyright infringement against the Foundation in the Related Case. Upper Branch has also recently used section 512 of the DMCA to file a series of bad faith copyright notifications against the Foundation's YouTube channel causing the shut down of the entire channel and the removal of all of the Foundation's videos.

4.     Contrary to Upper Branch's allegations and notices, the Foundation owns, controls, and/or otherwise has full rights to use and to distribute to the public all of the DVDs and videos.  In particular, the Foundation organized all of the events and

1   speakers depicted in the videos and DVDs and requested, directed, paid for, and
2   controlled the creation of the videos and DVDs.  The Foundation hired and paid
3   Timonen and Upper Branch more than $280,000 to film and edit the videos, to
4   manage the Foundation's website and YouTube channel, to post the videos to the
5   Foundation's web site and YouTube channel, and to create the DVDs to sell to the
6   public for the benefit of the Foundation.

7       5.    And Timonen himself posted the videos to the Foundation's website and
8   YouTube channel over a period of several years.  These videos have been available to
9   the public through the Foundation's web site and YouTube channel for years without
10  any suggestion from Timonen or Upper Branch that such conduct infringed Upper
11  Branch's alleged copyrights.  Upper Branch's copyright notices are specious and were
12  filed only because Timonen and Upper Branch recently lost a lawsuit that they had
13  filed against the Foundation in California state court and were ordered to pay the
14  Foundation $55,000 in attorney fees.  *See Timonen v. The Richard Dawkins*
15  *Foundation for Reason and Science*, Case No. EC057388, Superior Court of
16  California, County of Los Angeles.  Upper Branch filed its YouTube notices without
17  any warning to the Foundation and has refused to provide the Foundation with copies
18  of its notices.

19      6.    Accordingly, the Foundation asks for a declaration of non-infringement
20  of the works claimed by Upper Branch in the Related Case, Case No. CV12-8789
21  mwf (rzX), for sanctions against Upper Branch for violation of section 512(f) of
22  DMCA, for an order directing Upper Branch immediately to withdraw its copyright
23  notices and to authorize YouTube to reinstate the Foundation's YouTube channel, and
24  for the other relief described below.

25  **JURISDICTION & VENUE**

26      7.    This Court has subject matter jurisdiction over this matter pursuant to the
27  Copyright Act (17 U.S.C. §§ 101 *et seq.*) and 28 U.S.C. §§ 1331, 1338, and 2201.
28

1      8.      On information and belief, including Upper Branch's allegations in the

2   Related Case, Upper Branch is a California corporation with its principal place of

3   business in Los Angeles, California and is subject to the personal jurisdiction of this

4   Court.

5      9.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 because

6   Upper Branch resides in this district.

7   <u>**PARTIES**</u>

8      10.     The Foundation is, and at all material times was, a private 501(c)(3)

9   charitable corporation incorporated in the State of Delaware with its principal place

10   of business in Colorado.  The Foundation's mission is to support scientific education,

11   critical thinking and evidence-based understanding of the natural world in the quest to

12   overcome religious fundamentalism, superstition, intolerance and suffering.

13      11.     The Foundation was formed in 2006 by Professor Richard Dawkins

14   ("Professor Dawkins"), an internationally renowned evolutionary biologist, university

15   professor, lecturer, award winning intellectual and best-selling author, and perhaps the

16   world's best known and most respected atheist.  Professor Dawkins is the founder of

17   the Foundation as well as its United Kingdom sister organization the Richard Dawkins

18   Foundation for Reason and Science, Ltd. (the "UK Foundation").  The UK Foundation

19   has the same charitable, political and educational goals as the Foundation and is a

20   "Registered Charity" in Great Britain.

21      12.     The Foundation's Executive Director is Robin Cornwell.  Dr. Cornwell

22   was a volunteer at the Foundation before becoming its Executive Director.

23      13.     The Foundation is informed and believes that Upper Branch is a

24   California corporation with its principal place of business located in Los Angeles

25   County, California.

26      14.     The Foundation is informed and believes that Upper Branch is wholly

27   owned and controlled by Timonen.

28

1                                    **FACTS**

2  **Upper Branch's and Timonen's Work For The Foundation**

3          15.    In or around 2006, Timonen began doing work benefiting Professor

4  Dawkins personally, including website design and maintenance.  Over time

5  Timonen's efforts for Professor Dawkins expanded to encompass work performed for

6  the Foundation, including filming and editing videos and DVDs for the Foundation,

7  DVD production, website design and maintenance for the Foundation, making videos

8  available to the public by, among other things, posting videos to the Foundation's

9  website and YouTube channel, monitoring comments on the Foundation's web site,

10  and operation of the richarddawkins.net online store for the sale of the Foundation's

11  DVDs to the public.

12          16.    Professor Dawkins paid Timonen $20,000 in November 2006, $20,000 in

13  May 2007, $20,000 in February 2008, $25,000 in January 2009, and $25,000 in early

14  2010, a total of $110,000, for services benefiting Professor Dawkins and the

15  Foundation.

16          17.    From approximately November 2007 to May 2010, the Foundation made

17  monthly or bi-monthly payments to Timonen and/or Upper Branch for work

18  benefiting the Foundation.  The Foundation paid $5,000 per month from November

19  2007 to July 2009, $2,500 bi-monthly from August 2009 to October 2009, $3,125 bi-

20  monthly from November 2009 to January 2010, and $2,875 bi-monthly from February

21  2010 to May 2010, for a total of more than $173,000.

22          18.    In all, from approximately November 2006 to May 2010, Professor

23  Dawkins and the Foundation made regular payments to Timonen and/or Upper Branch

24  totaling more than $283,000 for work benefiting the Foundation as described below.

25          19.    Between 2006 and 2010, the Foundation paid more than $30,000 in travel

26  costs for Timonen and others with Upper Branch in connection with the filming of

27  videos for the Foundation as described below.

28

20.    Between 2006 and 2010, the Foundation paid more than $50,000 for camera, editing, and other video-related equipment used by Timonen and Upper Branch to film and edit videos and DVDs for the Foundation as described below.

21.    In 1991, Professor Dawkins was honored to be invited to deliver The Royal Institution Christmas Lectures for Children.  His series of five one hour lectures "on life, the universe, and our place in it" were filmed and first broadcast by the BBC in that year (the "Dawkins Lectures").  The BBC called the Dawkins Lectures "Growing Up in the Universe."

22.    In 2006, Professor Dawkins, in conjunction with the British Humanist Association, decided to introduce "Growing Up in the Universe" to British school children and others who had not had the opportunity to see the Dawkins Lectures 15 years earlier.  Professor Dawkins and the UK Foundation donated funds to produce a written curriculum to accompany a DVD of the Dawkins Lectures.  In addition, in July 2006, Professor Dawkins personally paid to acquire the copyrights to all five Dawkins Lectures from the copyright holder.

23.    In March 2007, Professor Dawkins paid for the preparation of artwork and packaging as well as the manufacturing of 6,000 2-DVD packages of "Growing Up in the Universe."  Professor Dawkins contributed his copyrights in the Dawkins Lectures and all the "Growing Up in the Universe" product, artwork and packaging he had paid for to the Foundation, with the express intent of devoting the profits from the DVD sales to the continued benefit and operation of the Foundation.

24.    Hyperlinks to the British company selling "Growing Up in the Universe" DVDs (Burning Shed/Noisebox) were placed on the websites for the Foundation and the UK Foundation.  Timonen designed these websites for the Foundation and the UK Foundation and included on both websites specific representations – first posted online on April 1, 2007 – assuring the public that purchasers of "Growing Up in the Universe" would be benefiting RDFRS. These statements, authored by Timonen, included "BUY THE DVD NOW (All proceeds go to RDF)," "BUY THE DVD

1  through our online store (All proceeds go to RDF)" and "All proceeds from the sale of
2  this DVD are donated to The Richard Dawkins Foundation for Reason and Science."

3      25.    The Foundation is informed and believes and therefore alleges that
4  Timonen caused these representations to remain on the Foundation's and the UK
5  Foundation's websites continually from April 1, 2007 until at least May 22, 2010
6  when Timonen notified the Foundation that he was resigning.

7      26.    The Foundation also made "Growing Up in the Universe" available, for
8  free, through its website. *See* http://old.richarddawkins.net/videos/1875-39-growing-
9  up-in-the-universe-39-now-available-free-online# (posted 12 November 2007)
10 (announcing "***The Richard Dawkins Foundation for Reason and Science is proud to***
11 ***announce that it is now offering all 5 hours of Richard Dawkins' 1991 Royal***
12 ***Institution Lectures for Children titled "Growing Up in the Universe" for free***
13 ***online!***") (emphasis added)

14     27.    At the direction of Professor Dawkins on behalf of the Foundation,
15 Timonen created a master copy of Growing Up in the Universe and delivered the
16 master discs containing the Growing Up in the Universe DVDs and all related artwork
17 to the Foundation.

18     28.    At all relevant times, the Foundation owned, controlled, managed, and
19 paid for its website, "http://richarddawkins.net." The Foundation also owned,
20 controlled, managed, and paid for the servers that hold and deliver content to the
21 Foundation's website.

22     29.    When the Foundation upgraded its website in mid 2012, it preserved and
23 archived the information then available on the older version of the website by creating
24 a third-level domain, "http://old.richarddawkins.net" which remains available on the
25 internet today.

26 **The Creation and Operation of "The Store"**

27     30.    In 2007, the Foundation and Timonen agreed it would be a good idea to
28 create an online store ("The Store") to help market the "Growing Up in the Universe"

1  DVDs, T-shirts, caps, mugs, pins and other merchandise related to the Foundation's
2  mission and charitable goals.

3      31.    At the time, the Foundation's Trustees believed that legal requirements
4  (particularly controls imposed on Professor Dawkins and the UK Foundation by the
5  British Charities Commission) made it legally impermissible for The Store to be
6  operated by the Foundation.  This information was shared with Timonen and he
7  agreed to operate The Store through his personal company, Upper Branch, for the
8  benefit of the Foundation.  (It was not until years later that the Foundation's Trustees
9  learned their belief that the Foundation could not operate The Store directly had been
10  incorrect from the start. The Foundation is informed and believe and therefore alleges
11  that the Foundation was never, in fact, legally prohibited from operating The Store
12  under U.S. or UK law.)

13      32.    The Foundation and Timonen agreed that (i) Professor Dawkins and the
14  Foundation would fund the creation and operation of The Store (primarily with seed
15  money generated by the sale of "Growing Up in the Universe" DVDs), (ii) The Store
16  would operate as a component of the Foundation's website (from a virtual, online
17  perspective), (iii) proceeds from the operation of The Store would be used to pay for
18  the production of merchandise, rent, phone lines, internet connections, server fees,
19  miscellaneous operating costs, and travel expenses; and (iv) that any profits would go
20  to the Foundation.

21      33.    The Store has conducted operations under the http://richarddawkins.net
22  domain from its inception to the present time, using the uniform resource locators
23  http://richarddawkins.net/store and http://store.richarddawkins.net/.

24  **The Creation of Videos and DVDs for the Foundation and the Posting of the**
25  **Videos to the Foundation's Web Site and YouTube Channel by Timonen**

26      34.    In 2007, Dr. Cornwell, Professor Dawkins, and others at the Foundation
27  came up with the idea of filming Professor Dawkins and other prominent scientists
28  and intellectuals, posting videos of their discussions and lectures on the internet, and

1  selling copies of DVDs of the discussions and lectures, all as a way to further the
2  Foundation's mission of educating the public and to encourage support for and
3  donations to the Foundation.  As Timonen himself told viewers of the Foundation's
4  website in a comment he made in February 2009,

5     Comment 5 by <u>Josh Timonen</u>

6     First and foremost [the Foundation] is about educating the public, in

7     as many ways as we can. ***The DVDs are a way for our supporters***

8     ***to help us fund these video projects (in addition to donations), but***

9     ***we want these videos to be available to everyone, everywhere, all***

10     ***the time.*** Email them, tell your coworkers about them around the

11     water cooler, etc.

12     All of us can help spread rational thinking and scientific ideas.

13     Josh

14     PS: I was up in Oregon visiting my family for Thanksgiving last

15     year, and a friend of mine started telling me about this great video

16     he saw online with Richard Dawkins, Christopher Hitchens, etc—

17     just having this great discussion that you'd never see on TV, and

18     how it really made him think, and how much he loved it. Of course I

19     was excitedly trying to tell him that I shot it!—but that's beside the

20     point. ***What matters is that the video is out there on the web for all***

21     ***to discover***.

22  *See* http://old.richarddawkins.net/videos/3625-the-four-horsemen-hd-now-
23  on-youtube (<u>Comment 5</u> by <u>Josh Timonen</u>, posted 23 February 2009 at 4:55
24  AM) (emphasis added).

25    **Atheist Alliance International ("AAI") 2007 Convention**

26    35. In late 2007, Professor Dawkins invited a number of prominent scientists
27  and intellectuals to speak at the Atheist Alliance International ("AAI") 2007
28  Convention held in Washington, D.C., including philosopher, writer, and cognitive

1   scientist Daniel Dennett, psychiatrist, lecturer, and current Foundation Trustee J.

2   Anderson Thomson, author, journalist, and public intellectual Christopher Hitchens,

3   author, philosopher, and neuroscientist Sam Harris, and others.

4       36.    The AAI and the Foundation agreed that the Foundation would film the

5   speakers at the Convention, and the Foundation asked Timonen to help film the

6   speakers, edit the videos, and post the videos on the Foundation's web page and

7   YouTube channel.

8       37.    Professor Dawkins and Dr. Cornwell made the decisions on behalf of the

9   Foundation as to which speakers to invite, and the Foundation paid the travel costs for

10  Timonen and others to film the speakers and edit the videos.  The Foundation also

11  paid for equipment used to film the speakers and edit the videos.

12      38.    After the AAI Convention, and beginning in about October 2007, at the

13  Foundation's request and direction, and as part of their work for the Foundation,

14          a.    Timonen and Upper Branch posted the videos of the speakers'

15  individual presentations to the Foundation's website, *see, e.g.*,

16  http://old.richarddawkins.net/videos/1710-we-few-we-happy-few-we-band-of-brothers

17  (Andy Thomson, posted 3 October 2007); http://old.richarddawkins.net/videos/4600-

18  good-reasons-for-39-believing-39-in-god (Dan Dennett, posted 10 November 2009);

19  http://old.richarddawkins.net/videos/4599-the-new-atheism (Richard Dawkins, posted

20  10 November 2009);

21          b.    Timonen and Upper Branch made "QuickTime" versions of the

22  videos of the speakers' individual presentations, delivered the QuickTime videos to

23  the Foundation's web servers, and posted links to the QuickTime videos to the

24  Foundation's website making them available for viewing and download by the public,

25  *see id.* (showing "QuickTime" links);

26          c.    Timonen and Upper Branch posted videos of the speakers'

27  individual presentations to the Foundation's YouTube channel making them available

28

1  for viewing and download by the public, *see id.* (showing YouTube links on first page

2  of post);

3      39.    In posting the Dennett and Dawkins lectures, Timonen wrote, "This is

4  NOT the new talk from AAI 2009, this is from 2007. ***I just wanted to get it up on our***

5  ***youtube channel***. – Josh"). *See* http://old.richarddawkins.net/videos/4600-good-

6  reasons-for-39-believing-39-in-god; http://old.richarddawkins.net/videos/4599-the-

7  new-atheism (emphasis added).

8      40.    At the Foundation's request and direction, Timonen created a DVD of the

9  speakers' individual presentations, entitled "AAI 2007 Convention," and began selling

10 copies of the DVD through The Store on or about 4 December 2007, *see*

11 http://old.richarddawkins.net/videos/1778-aai-07-dvds-by-rdfrs-are-now-available#.

12 Timonen also delivered master discs containing the AAI 2007 Convention DVDs and

13 all related artwork to the Foundation.  The Foundation has these master discs and also

14 has the QuickTime videos that Timonen delivered to the Foundation.

15     41.    In June 2010, Timonen caused Upper Branch to assign all copyrights to

16 the AAI 2007 Convention DVD to the Foundation in writing.  A copy of this written

17 assignment is attached to Upper Branch's Complaint and First Amended Complaint in

18 the Related Case.  At the time of this assignment, Upper Branch represented to the

19 Foundation that this DVD and another DVD entitled "Pat Condell Anthology" were

20 the only two of the Foundation's works for which Upper Branch had filed copyright

21 registrations.

22 **The Four Horsemen**

23     42.    As the Foundation was putting together its list of speakers for the AAI

24 2007 Convention, Dr. Cornwell came up with the idea of filming a conversation

25 among several of the speakers and making their discussion available to the public

26 through videos and a DVD release.

27     43.    In furtherance of that idea, the Foundation convened a first-of-its-kind,

28 unmoderated, two-hour discussion among Professor Dawkins, Daniel Dennett, Sam

1   Harris, and Christopher Hitchens.  The discussion took place on 30 September 2007 in

2   Washington, DC and was filmed by Timonen at the Foundation's request.

3          44.    The Foundation and Professor Dawkins determined who to invite to

4   participate in the discussion, paid Timonen to film and edit the discussion, and paid

5   for equipment used to film and edit the video of the discussion.

6          45.    After the discussion, at the Foundation's request and direction, and as

7   part of their work for the Foundation,

8                 a.     Timonen and Upper Branch posted a video of the two-hour

9   discussion, entitled "The Four Horsemen," on the Foundation's website on or about

10   14 December 2007, *see* http://old.richarddawkins.net/videos/2025-the-four-horsemen-

11   available-now-on-dvd (posted 14 December 2007);

12                 b.     Timonen and Upper Branch made a "QuickTime" version of the

13   Four Horsemen video, delivered the QuickTime video to the Foundation's web

14   servers, posted a link to the QuickTime video to the Foundation's website, and made

15   the video available for viewing and download, *see id.* (showing the "Quicktime"

16   download link);

17                 c.     Timonen and Upper Branch also created and posted links on the

18   Foundation's website further making the video available for viewing and download

19   through "Google Video" and a "Torrent" file, *see id.* (showing the "Google Video"

20   and "Torrent" links);[1] and

21                 d.     Timonen and Upper Branch posted a copy of the Four Horsemen

22   video to the Foundation's YouTube channel making it available for viewing and

23   download by the public, *see* http://old.richarddawkins.net/videos/3625-the-four-

24

25

26          [1] A "torrent" file "is a computer file that contains metadata about the files to be shared and

27   about the tracker, the computer that coordinates the file distribution."  *See*
     http://en.wikipedia.org/wiki/Torrent_file.  Google Video "was a video search engine, and formerly a

28   free video sharing website, from Google Inc."  *See* http://en.wikipedia.org/wiki/Google_Videos.

1    horsemen-hd-now-on-youtube.  In posting this video, Timonen encouraged viewers to

2    "[b] sure to subscribe" to the Foundation's YouTube channel and announced:

3          *This video is provided free online by The Richard Dawkins*

4          *Foundation for Reason and Science* (RDFRS) and

5          http://RichardDawkins.net.  If you would like to support our work

6          and help us provide more videos like this, please purchase the DVD

7          through our online store

8          . . .

9          and/or donate to RDFRS.

10         *Id.* (emphasis added).

11       46.    In a comment to his posting of the Four Horsemen video, Timonen told

12   viewers that "[the Foundation] is about educating the public, in as many ways as we

13   can" and that "*we want these videos to be available to everyone, everywhere, all the*

14   *time.*"  *Id.* (Comment 5 by Josh Timonen, posted 23 February 2009 at 4:55 AM)

15   (emphasis added).  Timonen specifically encouraged the public, "*Email them, tell*

16   *your coworkers about them around the water cooler, etc.*" because "*[w]hat matters*

17   *is that the video is out there on the web for all to discover.*" *Id.* (emphasis added).

18       47.    At the Foundation's request and direction, Timonen and Upper Branch

19   created a DVD of the discussion, also entitled "The Four Horsemen," and began

20   selling copies of the DVD through The Store on or about 14 December 2007, *see*

21   http://old.richarddawkins.net/videos/1778-aai-07-dvds-by-rdfrs-are-now-available#.

22   Timonen and Upper Branch also delivered master discs containing The Four

23   Horsemen DVD and all related artwork to the Foundation.  The Foundation has these

24   master discs and also has the QuickTime videos that Timonen delivered to the

25   Foundation.

26       **Galapagos Videos**

27       48.    In 2007, Professor Dawkins invited Timonen to accompany him on a trip

28   to the Galapagos Islands to help film and create video vignettes of "tales" to be posted

1   on the Foundation's web page and YouTube channel. The tales consist of footage of

2   the Galapagos Islands as a backdrop to Professor Dawkins narratives on topics

3   relating to evolution.

4        49.   In furtherance of its mission, the Foundation and Professor Dawkins

5   directed the creation of the video vignettes, organized and arranged for the filming,

6   determined the subjects and content of the videos, provided the narrative content for

7   the videos, paid for equipment used to film and edit the videos, and asked Timonen to

8   take footage of the trip to be used with Professor Dawkins' narratives. Timonen's

9   travel costs were paid for as a guest of Professor Dawkins.

10       50.   After returning from the Galapagos, at the Foundation's request and

11   direction, and as part of their work for the Foundation,

12         a.   Timonen and Upper Branch created and posted videos of Professor

13   Dawkins' narratives on the Foundation's website beginning in or about 20 February

14   2008, *see, e.g.*, http://old.richarddawkins.net/videos/2292-the-lava-lizard-39-s-tale

15   ("The Lava Lizard's Tale," posted 20 February 2008);

16   http://old.richarddawkins.net/videos/2306-the-giant-tortoise-39-s-tale ("The Giant

17   Tortoise's Tale," posted 25 February 2008);

18         b.   Timonen and Upper Branch made "QuickTime" versions of the

19   videos, delivered the QuickTime videos to the Foundation's web servers, posted links

20   to the QuickTime videos to the Foundation's website, and made the video available

21   for viewing and downloading for free, *see id.* (showing links to "Quicktime" videos);

22         c.   Timonen and Upper Branch posted copies of the videos to the

23   Foundation's YouTube channel making them available for viewing and download by

24   the public, *see id.* (showing YouTube links).

25   **Discussions with Richard Dawkins: Voices of Science**

26       51.   During his 2008 book tour of the United States, Professor Dawkins met

27   with a number of leading scientists, including Nobel Prize-winning physicist Steven

28   Weinberg, physicist Lawrence Krauss, and biologist PZ Myers, to discuss a wide

1 | range of topics including biology, quantum physics, evolution, education, religion,
2 | and atheism.

3 | 52.   In furtherance of its mission, the Foundation decided to film these
4 | interviews and to make videos of the interviews available to the public.  The
5 | Foundation organized and arranged for these interviews and discussions, determined
6 | which scientists would be interviewed by Professor Dawkins and where the interviews
7 | would take place, paid most of the travel costs associated with the interviews, asked
8 | Timonen to film and edit the interviews, paid for Timonen's travel costs associated
9 | with the interviews, and paid for equipment used to film and edit the interviews.

10 | 53.   After the interviews took place, at the Foundation's request and direction,
11 | and as part of their work for the Foundation,

12 | a.   Timonen and Upper Branch posted videos of the interviews on the
13 | Foundation's website beginning in or about 14 April 2008, *see*
14 | http://old.richarddawkins.net/videos/2472-richard-dawkins-and-lawrence-krauss
15 | (Krauss discussion posted on or about 14 April 2008);
16 | http://old.richarddawkins.net/videos/2868-voices-of-science-available-now-on-dvd
17 | (Weinberg discussion, posted on or about 15 July 2008);
18 | http://old.richarddawkins.net/videos/2894-voices-of-science-pz-myers-buy-it-now-on-
19 | dvd (Myers discussion, posted on or about 23 July 2008);

20 | b.   Timonen and Upper Branch made "QuickTime" versions of the
21 | videos, delivered the QuickTime videos to the Foundation's web servers, posted links
22 | to the QuickTime videos to the Foundation's website, and made the video available
23 | for viewing and downloading for free, *see id.* (showing links to "Quicktime" videos);

24 | c.   Timonen and Upper Branch also created and posted a link on the
25 | Foundation's website further making the video of the Krauss discussion available for
26 | viewing and download through "Google Video," *see*
27 | http://old.richarddawkins.net/videos/2472-richard-dawkins-and-lawrence-krauss
28 | (showing the "Google Video" links); and

1        d.    Timonen and Upper Branch posted copies of the interviews with

2  Krauss, Weinberg, and Myers to the Foundation's YouTube channel making them

3  available for viewing and download by the public, *see id.* (showing YouTube links).

4        54.    In response to a comment by one user as to who could be the first to

5  upload the website version of the Weinberg discussion to YouTube, Timonen wrote,

6  **"*I'm uploading it to youtube... so you don't have to do that!  - Josh.*"**  *See*

7  http://old.richarddawkins.net/videos/2868-voices-of-science-available-now-on-dvd

8  (Comment 3 by Josh Timonen, posted 15 July 2008 at 6:01 AM) (emphasis added).

9        55.    And because of the high demand for the videos, Timonen also told

10  everyone that he would "try and get the bittorrent going as well," *see id.* (Comment 9

11  by Josh Timonen, posted 15 July 2008 at 6:50 AM), providing yet another way for the

12  public to access, view, and download the video.

13        56.    At the Foundation's request and direction, Timonen and Upper Branch

14  created a DVD containing four of the discussions, entitled "Voices of Science," and

15  began selling copies of the DVD through The Store on or about 23 July 2008, *see*

16  http://old.richarddawkins.net/videos/2894-voices-of-science-pz-myers-buy-it-now-on-

17  dvd.  Timonen and Upper Branch also delivered master discs containing the Voices of

18  Science DVD and all related artwork to the Foundation.  The Foundation has these

19  master discs and also has the QuickTime videos that Timonen delivered to the

20  Foundation.

21    **Professor Dawkins' March 2, 2008 Lecture at UC Berkeley**

22        57.    During his 2008 US tour, Professor Dawkins gave a lecture at UC

23  Berkeley on his book, *The God Delusion*.  In furtherance of its mission, the

24  Foundation decided to film the lecture and to make videos of the lecture and the

25  following Q&A session available to the public.  The Foundation organized and

26  arranged for the filming of the lecture, provided the content for the lecture through

27  Professor Dawkins, asked Timonen and others to film and/or edit the lecture, paid for

28

1    the travel costs of Timonen and others associated with filming the lecture, and paid for

2    equipment used to film and edit the lecture.

3         58.    After the Berkeley lecture, at the Foundation's request and direction, and

4    as part of their work for the Foundation,

5              a.    Timonen and Upper Branch posted videos of the lecture and the

6    Q&A session on the Foundation's website beginning in or about 15 August 2008, *see,*

7    *e.g.*, http://old.richarddawkins.net/videos/2989-richard-dawkins-lecture-at-uc-berkeley

8    (Lecture, posted 15 August 2008); http://old.richarddawkins.net/videos/3001-q-amp-

9    a-with-richard-dawkins-after-lecture-at-uc-berkeley (Q&A, posted 18 August 2008);

10             b.    Timonen and Upper Branch made "QuickTime" versions of the

11   videos, delivered the QuickTime videos to the Foundation's web servers, posted links

12   to the QuickTime videos to the Foundation's website, and made the videos available

13   for viewing and downloading for free, *see id.* (showing links to "Quicktime" videos);

14             c.    Timonen and Upper Branch posted copies of the videos to the

15   Foundation's YouTube channel making them available for viewing and download by

16   the public, *see id.* (showing YouTube links).

17   **AAI 2009 Convention**

18        59.    The Foundation co-sponsored the AAI 2009 Conference, which took

19   place in Burbank, California on October 3, 2009.  The Foundation and Professor

20   Dawkins invited a number of prominent scientists and intellectuals to speak at the

21   Conference, including satirist and filmmaker Brian Keith Dalton (aka "Mr. Deity"),

22   Andy Thomson, Lawrence Krauss, biologist and well-known author Jerry Coyne,

23   planetary scientist and NASA consultant Carolyn Porco, Daniel Dennett, physical

24   anthropologist and executive director of the National Center for Science Education

25   Eugenie Scott, and others.

26        60.    The AAI and Foundation agreed that the Foundation would film the

27   speakers at the Conference, and the Foundation asked Timonen to help film the

28

1    speakers, edit the videos, and post the videos on the Foundation's web page and

2    YouTube channel.

3        61.    Professor Dawkins and Dr. Cornwell made the decisions on behalf of the

4    Foundation as to which speakers to invite, and the Foundation paid the travel costs for

5    several of the speakers to addend the event and for Timonen and others to film the

6    speakers.  The Foundation also paid for equipment used to film the speakers and edit

7    the videos.

8        62.    After the AAI Conference, and beginning on or about 9 October 2009, at

9    the Foundation's request and direction, and as part of their work for the Foundation,

10            a.    Timonen and Upper Branch posted the videos of the speakers'

11   individual presentations to the Foundation's website, *see, e.g.*,

12   http://old.richarddawkins.net/videos/4431-39-design-vs-chance-39-by-pz-myers-aai-

13   2009 (Myers presentation posted 9 October 2009);

14   http://old.richarddawkins.net/videos/4459-from-the-heavens-or-from-nature-the-

15   origins-of-morality (Thomson presentation posted 15 October 2009);

16   http://old.richarddawkins.net/videos/642172-a-universe-from-nothing-by-lawrence-

17   krauss-aai-2009 (Krauss presentation posted 21 October 2009);

18   http://old.richarddawkins.net/videos/4547-39-the-evolution-of-confusion-39 (Dennett

19   presentation posted 29 October 2009); http://old.richarddawkins.net/videos/4561-39-

20   why-evolution-is-true-39 (Coyne presentation posted 3 November 2009);

21   http://old.richarddawkins.net/videos/4601-science-in-hollywood (Porco presentation

22   posted 11 November 2009); http://old.richarddawkins.net/videos/4605-mr-deity-amp-

23   cast-at-the-aai-2009-conference (Mr. Deity & Cast presentation posted 12 November

24   2009); http://old.richarddawkins.net/videos/4629-there-is-grandeur-in-this-view-of-

25   life (Dawkins posted 17 November 2009; http://old.richarddawkins.net/videos/4714-

26   39-creationism-still-crazy-after-all-these-years-39 (Scott presentation posted 3

27   December 2009);

28

1           b.     Timonen and Upper Branch made "QuickTime" versions of the

2  videos of the speakers' individual presentations, delivered the QuickTime videos to

3  the Foundation's web servers, and posted links to the QuickTime videos to the

4  Foundation's website making them available for viewing and download by the public,

5  *see id.* (showing "Download QuickTime" links);

6           c.     Timonen and Upper Branch posted videos of the speakers'

7  individual presentations to the Foundation's YouTube channel making them available

8  for viewing and download by the public, *see id.* (showing YouTube links on first page

9  of post);

10     63.    At the Foundation's request and direction, Timonen and Upper Branch

11  then created a DVD of the speakers' individual presentations, entitled "AAI 2009

12  Conference," and began selling copies of the DVD through The Store in 2009, *see*

13  http://old.richarddawkins.net/videos/4547-39-the-evolution-of-confusion-39

14  (Comment 64 by Josh Timonen, posted 2 November 2009 at 11:01 AM, "AAI 2009

15  DVDs will be in the store soon, maybe a month or so.  Josh").  Timonen and Upper

16  Branch also delivered master discs containing the AAI 2009 Conference DVD and all

17  related artwork to the Foundation.  The Foundation has these master discs and also has

18  the QuickTime videos that Timonen delivered to the Foundation.

19     **Break the Science Barrier**

20     64.    Break the Science Barrier was originally broadcast on Britain's

21  Channel 4 in 1996.  In the film, Professor Dawkins interviews and explores the

22  wonders of science with a variety of people who have experienced the wonders of

23  science first-hand.  The Foundation obtained the rights to make and distribute DVDs

24  of the film, asked Timonen and Upper Branch to edit and remaster the video and

25  prepare the DVD cover, paid Timonen and Upper Branch to do so, and paid for

26  equipment used to do the editing.  Timonen and Upper Branch performed this work as

27  part of their work for the Foundation.

28

1    65.    The Foundation made the film available on DVD in or about February

2  2008. *See* http://old.richarddawkins.net/videos/2234-break-the-science-barrier-

3  available-now-on-dvd (posted 6 February 2008).  Timonen and Upper Branch also

4  delivered master discs containing the Break the Science Barrier DVD and all related

5  artwork to the Foundation, which the Foundation still has.

6          **The IWC Media Channel 4 Documentaries**

7      **Root of all Evil? and Root of all Evil: The Uncut Interviews**

8    66.    The Root of All Evil? is a television documentary written and presented

9  by Professor Dawkins in which he argues that humanity would be better off without

10  religion or belief in God.  The documentary was first broadcast in January 2006, in the

11  form of two 45-minute episodes on Channel 4 in the UK.  The documentary explores

12  the unproven beliefs that are treated as factual by many religions and the extremes to

13  which some followers have taken them.

14    67.    The Foundation secured the rights to distribute the documentary online

15  from IWC Media.  The Foundation also secured the rights to the raw tapes of the

16  interviews that Professor Dawkins conducted for this documentary.

17    68.    At the request and direction of the Foundation, and as part of their work

18  for the Foundation, Timonen and Upper Branch created DVDs, DVD covers, and

19  DVD menus and music for the documentary and the uncut interviews for online

20  distribution.  The Foundation paid Timonen and Upper Branch to do this work.  The

21  Foundation began distributing the Root of all Evil? and the Root of all Evil: The

22  Uncut Interviews DVDs in or about September 2007 through The Store.  *See*

23  http://old.richarddawkins.net/videos/1605-39-root-of-all-evil-the-uncut-interviews-39-

24  released-on-dvd#page1 (posted 4 September 2007) (announcing "COMING SOON!

25  'Root of All Evil?' The Original Program in a special new edition created by

26  RichardDawkins.net!").  Timonen and Upper Branch delivered master discs

27  containing the Root of all Evil? and the Root of all Evil: The Uncut Interviews DVDs

28

1   and all related artwork, menus, and music to the Foundation, which the Foundation
2   still has.

3        69.     In his post announcing the release of the Root of All Evil? DVD,
4   Timonen assured viewers that "***All proceeds (minus royalties to IWC, who own the***
5   ***program) go to The Richard Dawkins Foundation for Reason and Science.***"
6   http://old.richarddawkins.net/videos/1661-39-root-of-all-evil-the-original-program-39-
7   available-now-on-dvd (Comment 3 by Josh Timonen posted on 19 September 2007 at
8   8:01 AM) (emphasis added).

9                     **The Enemies of Reason and The Enemies of Reason The Uncut**
10                     **Interviews**

11        70.     The Enemies of Reason is a two-part television documentary, written and
12   presented by Professor Dawkins, in which he seeks to expose areas of belief that exist
13   without scientific proof, yet manage to hold people under their spell.  The
14   documentary was first broadcast on Channel 4 in the UK as a successor to Professor
15   Dawkins' documentary of the previous year, The Root of All Evil?.  It includes
16   interviews with Steve Fuller, Deepak Chopra, Satish Kumar, and Derren Brown.

17        71.     The Foundation secured the rights to distribute this documentary online
18   from IWC Media.  The Foundation also secured the rights to the raw tapes of the
19   interviews that Professor Dawkins conducted for this documentary.

20        72.     At the request and direction of the Foundation, and as part of their work
21   for the Foundation, Timonen and Upper Branch created DVDs, and DVD covers for
22   the documentary and the uncut interviews for online distribution.  The Foundation
23   paid Timonen and Upper Branch to do this work.  The Foundation began distributing
24   The Enemies of Reason and The Enemies of Reason The Uncut Interviews DVDs in
25   or about August 2008 through The Store.  *See*
26   http://old.richarddawkins.net/articles/2984-enemies-of-reason-available-now-on-
27   dvd#page1 (posted 8 August 2008); http://old.richarddawkins.net/videos/3414-
28   richard-dawkins-interviews-derren-brown (posted 10 December 2008).  Timonen and

1 Upper Branch also delivered master discs containing The Enemies of Reason and The
2 Enemies of Reason The Uncut Interviews DVDs and all related artwork to the
3 Foundation, which the Foundation still has.

**The Genius of Charles Darwin and The Genius of Charles Darwin**
**The Uncut Interviews**

6   73.   The Genius of Charles Darwin is a three-part television documentary,
7 written and presented by Professor Dawkins.  It was first shown in August 2008 on
8 Channel 4 in the UK.  The documentary won Best TV Documentary Series 2008 at the
9 January 2009 British Broadcast Awards.

10   74.   The Foundation secured the rights to distribute this documentary online
11 from IWC Media.  The Foundation also secured the rights to the raw tapes of the
12 interviews that Professor Dawkins conducted for this documentary.

13   75.   At the request and direction of the Foundation, Timonen and Upper
14 Branch created DVDs and DVD covers for the documentary and the uncut interviews
15 for online distribution.  The Foundation paid Timonen and Upper Branch to do this
16 work.  The Foundation began distributing The Genius of Charles Darwin and The
17 Genius of Charles Darwin The Uncut Interviews DVDs in mid 2008 through The
18 Store.  *See* http://old.richarddawkins.net/videos/2925-on-tv-the-genius-of-charles-
19 darwin-presented-by-richard-dawkins (posted 31 July 2008).  Timonen and Upper
20 Branch also delivered master discs containing The Genius of Charles Darwin and The
21 Genius of Charles Darwin The Uncut Interviews DVDs, additional video footage, and
22 all related artwork to the Foundation, which the Foundation still has.

**Pat Condell Anthology**

24   76.   Pat Condell is an English writer, political commentator, and comedian.
25 In early 2007, he began posting short monologues on the internet denouncing religion.
26 Professor Dawkins approached Mr. Condell and requested permission to create a
27 DVD of the monologues, which he agreed to.

28

77.     At the request and direction of the Foundation, and as part of their work for the Foundation, Timonen and Upper Branch compiled the monologues into a DVD for distribution.  The Foundation paid Timonen and Upper Branch to do this work. The Foundation began distributing the DVD, entitled Pat Condell Anthology Feb 2007 – Feb 2008 in or about 28 April 2008 through The Store.  *See* http://old.richarddawkins.net/articles/2517-pat-condell-anthology-dvd-available-now (posted 28 April 2008).  Timonen and Upper Branch also delivered master discs containing Pat Condell Anthology Feb 2007 – Feb 2008 DVD and all related artwork to the Foundation, which the Foundation still has.

78.     In June 2010, Timonen and Upper Branch caused Upper Branch to assign all copyrights to the Pat Condell Anthology Feb 2007 – Feb 2008 DVD to the Foundation in writing.  A copy of this written assignment is attached to Upper Branch's Complaint and First Amended Complaint in the Related Case.

### Richard Dawkins Appearances and Events 2007-2008

79.     Richard Dawkins Appearances and Events 2007-2008 contains videos of a series of lectures given by Professor Dawkins during his tour in support of his bestselling book, *The God Delusion*.  The DVD also includes two biology lectures that Professor Dawkins delivered during a trip to the Galapagos Islands.

80.     In furtherance of its mission, the Foundation decided to film the lectures and to make videos of the lectures available to the public.  The Foundation organized and arranged for the filming of the lectures, provided the content for the lectures through Professor Dawkins, asked Timonen and others to film the lectures and edit the videos, paid for the travel costs of Timonen and others associated with filming the lectures, paid Timonen and Upper Branch to film and edit the videos and create the DVD, and paid for equipment used to film and edit the lectures.

81.     At the Foundation's request and direction, and as part of their work for the Foundation, Timonen and Upper Branch created a DVD of the lectures, entitled Richard Dawkins Appearances and Events 2007-2008, and the Foundation began

1   selling copies of the DVD through The Store in or about October 2008.  *See*

2   http://old.richarddawkins.net/articles/3268-new-dvd-richard-dawkins-appearances-

3   amp-events-2007-2008 (posted on or before 23 October 2008).  Timonen and Upper

4   Branch also delivered master discs containing Richard Dawkins Appearances and

5   Events 2007-2008 DVD and all related artwork to the Foundation, which the

6   Foundation still has.

7        82.    In announcing the availability of this DVD, Timonen assured viewers

8   that "***Proceeds from the sale of items in the RichardDawkins.net store go to The***

9   ***Richard Dawkins Foundation and help cover expenses for RichardDawkins.net.***"

10   *See id.* (Comment 13 by Josh Timonen, posted on 24 October 2008 at 4:12 AM)

11   (emphasis added).  |

12            **Discussions with Richard Dawkins: Voices of Reason**

13        83.    Voices of Reason is the third episode in the Discussions with Richard

14   Dawkins series.  In furtherance of its mission, the Foundation decided to film

15   Professor Dawkins' discussions with Aubrey Manning, Professor of Natural History at

16   Edinburgh University, Richard Holloway, former Bishop of Edinburgh and Head of

17   the Scottish Episcopal Church, Troy Jollimore, award-winning poet and Associate

18   Professor of Philosophy at California State University, and Lori Lipman Brown,

19   director and lobbyist for the Secular Coalition of America and to make videos of the

20   discussions available to the public.

21        84.    The Foundation organized and arranged for the filming of the

22   discussions, determined who would participate in the discussions, and asked Timonen

23   to film the discussions that took place in the US and to edit the videos.  Timonen did

24   not film the discussions with Aubrey Manning and Richard Holloway.  The

25   Foundation paid for Timonen's travel costs associated with filming the discussions in

26   the US, paid Timonen and Upper Branch to film and edit the videos and create the

27   DVD, and paid for equipment used to film and edit the discussions.

28

85.   At the Foundation's request and direction, and as part of their work for the Foundation, Timonen and Upper Branch created a DVD of the discussions, entitled Discussions with Richard Dawkins: Voices of Reason, and the Foundation began selling copies of the DVD through The Store.  Timonen also delivered master discs containing the Voices of Reason DVD and all related artwork to the Foundation, which the Foundation still has.

### Timonen's Resignation from the Foundation

86.   On or about May 22, 2010, Timonen submitted a resignation letter to the Foundation stating, in relevant part,

> I had a very long and friendly discussion with Robin this morning about many things, and after much reflection, I feel that it is time for me to transition out of the foundation as an employee.  I would love to continue working for you directly on things related to your work if you're interested. . . .  I am tremendously proud to have been a part of building [the Foundation], and grateful for having been given the opportunity.

87.   By the fall of 2009, the Foundation had learned that there actually had never been any legal impediments preventing the Foundation from operating The Store itself and the Foundation decided to transfer The Store's operations from Upper Branch to the Foundation.  In connection with this decision, the Foundation had a number of meetings with Timonen and The Store's operations were transferred to the Foundation's control in or about June 2010.

### Upper Branch's Bad Faith Copyright Notices to YouTube

88.   YouTube is a video-sharing website where millions of internet users post videos to make them available to other for viewing.  These videos range from traditional home recordings of personal events to news reports, advertisements, and television programs.  YouTube's website is available at the web address www.youtube.com.

89.     YouTube permits account holders to create collections of videos uploaded by or associated with the account.  An account holder may prepare a short description of him or herself for the account page, and display thumbnails of the videos he or she has posted to YouTube.  The account page may also display a list of "subscribers," or YouTube users who are regularly notified about new videos associated with that user.

90.     At the Foundation's request, Timonen created a YouTube channel for the Foundation called "richarddawkinsdotnet."  As of October 2012, the Foundation's YouTube channel included many dozens of videos and hundreds of thousands of subscribers and the Foundation's videos had garnered millions of views.  The high number of views increased the priority of the Foundation's videos within YouTube's search function, further bolstering the Foundation's online presence and the popularity and ease of access of its videos.

91.     Beginning in or about November 2, 2012, Upper Branch and Timonen sent a series of notices to YouTube under section 512 of the DMCA demanding that YouTube take down certain of the Foundation's videos.  On information and belief, Timonen and Upper Branch caused the notices to be sent to YouTube on November 2, 5, 7, and 16, 2012.

92.     Through these notices, Upper Branch is now claiming that the videos that Timonen delivered to the Foundation and put on the Foundation's YouTube channel and website years ago are infringing Upper Branch's copyrights.

93.     As a result of Upper Branch's notices, YouTube has removed the videos and shut down the Foundation's entire YouTube Channel under its "three-strikes" policy, under which any user subject to three or more takedown notices will have its account terminated.  The Foundation's YouTube channel was shut down on or about November 26, 2012 and, as of this filing, remains inactive and unavailable to the Foundation or to the public.

94.     Contrary to the allegations made in Upper Branch's section 512 notices, the Foundation owns, controls, and/or has rights to use, copy, and distribute the videos. As described in detail above, the videos claimed by Upper Branch depict lectures by, and discussions among, prominent professors and scientists concerning life, the universe, and the role of science in human life. Professor Dawkins plays a leading role in many of them. The Foundation organized all of the events, speakers, and materials depicted in the videos and also directed, paid for, and controlled the creation of the videos. The Foundation paid Timonen and Upper Branch to film these well-known speakers, to edit the videos, and to post the videos to the Foundation's YouTube channel for distribution to the public. And Timonen himself posted these videos to the Foundation's YouTube channel over a period of several years. These videos have been available to the public through the Foundation's YouTube channel and website for years without any claim by Timonen or Upper Branch that such distribution somehow violated Upper Branch's alleged copyrights.

95.     Upper Branch's copyright notices are specious and, on information and belief, have been filed only because Upper Branch and Timonen recently lost a lawsuit that they had filed against the Foundation in California state court and was ordered to pay the Foundation $55,000 in attorneys fees. *See Timonen v. The Richard Dawkins Foundation for Reason and Science*, Case No. EC057388, Superior Court of California, County of Los Angeles.

96.     The Foundation is suffering real and irreparable harm from the termination of its account. The videos at issue are some of the Foundation's most popular videos and drive significant attention and interest to the Foundation and its website. With the account disabled, the Foundation's reputation and credibility are harmed and the Foundation is now unfairly deprived of its most effective educational tool – the internet – in its global effort to promote rational, scientific thought.

## COUNT 1: 17 U.S.C. § 512(f) MISREPRESENTATION

97.   The Foundation repeats and incorporates herein by reference the allegations in the preceding paragraphs.

98.   The videos described in Upper Branch's November 2, 5, 7, and 16, 2012 takedown notices do not infringe any copyright owned or administered by Upper Branch.

99.   Upper Branch, through its officer, Timonen, had actual subjective knowledge of the contents of the videos described in the takedown notices and that they did not infringe any Upper Branch copyrights on the dates it sent the takedown notices.

100.   Upper Branch should have known if it acted with reasonable care or diligence, or would have had no substantial doubt if it had been acting in good faith, that it was making misrepresentations in its notices to YouTube.

101.   Among other misrepresentations, Upper Branch's notices claimed copyrights that Upper Branch had previously assigned to the Foundation in writing. In addition, Upper Branch and Timonen have known for years, in some cases for more than five years, that the Foundation requested and paid for the videos referenced in its notices, that Upper Branch delivered the videos to the Foundation, and that Timonen and Upper Branch posted the videos to the Foundation's website and YouTube channel for the express purpose of allowing the Foundation to distribute these videos to everyone, everywhere, all the time.  In sending its take down notices, Upper Branch failed to give any consideration or conduct any review of these facts and the relevant case law establishing that the Foundation has, at minimum, an implied license to use and distribute these videos through its YouTube channel.

102.   With this actual subjective knowledge, Upper Branch acted in bad faith when it sent the takedown notices, knowingly and materially misrepresenting that it had concluded that the videos were infringing.

1    103.   Upper Branch violated 17 U.S.C. § 512(f) by knowingly and materially

2    misrepresenting that the Foundation's videos on its YouTube account infringed Upper

3    Branch's copyright.

4    104.   As a direct and proximate result of Upper Branch's actions, the

5    Foundation has been and continues to be injured substantially and irreparably.  Such

6    injury includes, but is not limited to, the financial expenses associated with

7    responding to Upper Branch's claim of infringement, the loss of public goodwill

8    resulting from Upper Branch's baseless claims of infringement, and the loss of interest

9    in and donations to the Foundation.  Each passing day increases and compounds the

10   Foundation's harm.

11   105.   The Foundation has asked Upper Branch to rescind its notices to

12   YouTube and authorize the reinstatement of the Foundation's YouTube channel but

13   Upper Branch has refused.

14   106.   The Foundation has also requested complete copies of any notices the

15   Upper Branch or Timonen have sent to YouTube, but again Upper Branch has refused

16   to provide such copies.

17   **COUNT 2: DECLARATORY AND INJUNCTIVE RELIEF**

18   107.   The Foundation repeats and incorporates herein by reference the

19   allegations of the preceding paragraphs of this counterclaim.

20   108.   There is a real and actual controversy between the Foundation and Upper

21   Branch regarding whether the Foundation's use, copying, and distribution of the

22   DVDs and videos described above infringe upon Upper Branch's alleged copyrights.

23   109.   Upper Branch contends that the Foundation is infringing Upper Branch's

24   alleged copyrights by distributing the DVDs and videos described above through its

25   store, website, and YouTube channel.

26   110.   The Foundation denies Upper Branches allegations and contends, and

27   seeks a declaration stating, that the Foundation owns or controls the copyrights in the

28   DVDs and videos at issue and/or that the Foundation has a perpetual, non-revocable,

1  non-exclusive license to retain copies of the DVDs and videos and to copy and

2  distribute them to the public through its store, website, and YouTube channel as it has

3  done for years.

4        111.   Upper Branch has taken action which has resulted in the termination of

5  the Foundation's YouTube account, and, through its Complaint in the Related Case,

6  threatens to continue such action. Upper Branch's conduct in sending and refusing to

7  rescind the copyright notices to YouTube is causing real and irreparable harm to the

8  foundation for which there is no adequate remedy at law. Accordingly, the

9  Foundation seeks a preliminary injunction ordering Upper Branch to rescind its

10  copyright notices to YouTube and to authorize YouTube to reinstate the Foundation's

11  account.

12                                    **PRAYER**

13        WHEREFORE, the Foundation prays that this Court enter judgment in its favor

14  and against Defendant Upper Branch as follows:

15        1.    A declaration that the Foundation owns or controls the DVDs and videos

16  described in Upper Branch's complaint in Case No. CV12-8789 MWF (RZx) and in

17  its section 512 copyright notices to YouTube and/or that the Foundation has a

18  perpetual, non-revocable, non-exclusive license to retain copies of the DVDs and

19  videos and to copy and distribute them to the public through its store, website, and

20  YouTube channel as it has done for years.

21        2.    A declaration that the Foundation's distribution of the DVDs and videos

22  described in Upper Branch's complaint in Case No. CV12-8789 MWF (RZx) and in

23  its section 512 copyright notices to YouTube and conduct incident thereto does not

24  infringe any copyright allegedly belonging to Upper Branch;

25        3.    An order compelling Upper Branch to rescind its copyright notices to

26  YouTube and to authorize YouTube to reinstate the Foundation's account;

27        4.    Damages according to proof;

28

1      5.     Attorneys fees pursuant to 17 U.S.C. § 512(f) or otherwise allowed by

2 law;

3      6.     Costs and disbursements; and

4      7.     Such other and further relief as the Court shall find just and proper.

6 Dated:  December 14, 2012      BRYAN CAVE LLP

8                        By:   _____

9                          Patrick J. Hagan

                            Attorneys for Defendants

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| The Richard Dawkins Foundation for Reason and Science | Upper Branch Productions, Inc., a California Corporation |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Patrick J. Hagan (CA State Bar No. 266237)<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401-2386<br>310-576-2100 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 512(f) Misrepresentation; Declaratory Judgment and Injunctive Relief

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

CV12-10694

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): CV 12-08789-MWF (RZx)

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☒ D. Involve the same patent, trademark or copyright, *and* one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date December 14, 2012
                                        Patrick J. Hagan

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV12- 10694 CBM (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ]  **Western Division**
      **312 N. Spring St., Rm. G-8**
      **Los Angeles, CA 90012**

[ ]  **Southern Division**
      **411 West Fourth St., Rm. 1-053**
      **Santa Ana, CA 92701-4516**

[ ]  **Eastern Division**
      **3470 Twelfth St., Rm. 134**
      **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**COPY**

Patrick J. Hagan (CA State Bar No. 266237)
Email: patrick.hagan@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-476-2100

**FOR OFFICE USE ONLY**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RICHARD DAWKINS FOUNDATION FOR REASON AND SCIENCE, a Delaware non-profit corporation, <br><br> PLAINTIFF(S) <br><br> v. <br><br> UPPER BRANCH PRODUCTIONS, INC., a California Corporation, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV12-10694** CBM(AJWx) <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Patrick J. Hagan, whose address is 120 Broadway, Suite 300, Santa Monica, CA 90401-2386___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated:    DEC 1 4 2012    _____

Clerk, U.S. District Court

JULIE PRADO

By:    _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

CV-01A (10/11)                    **SUMMONS**



American LegalNet, Inc.
www.FormsWorkFlow.com