1  Timothy M. Reynolds (Pro Hac Vice)
2  timothy.reynolds@bryancave.com
   Jonathan G. Fetterly (CA State Bar No. 228612)
3  jon.fetterly@bryancave.com
4  Louise D. Nutt (CA State Bar No. 273130)
   BRYAN CAVE LLP
5  120 Broadway, Suite 300
6  Santa Monica, CA  90401-2386
   T: 310-576-2100/ F: 310-576-2200
7  Attorneys for Plaintiff
8  The Richard Dawkins Foundation for
9  Reason and Science

10 Alan Abrams, Esq. (SBN: 75637)
11 Charles M. Coate, Esq. (SBN: 140404)
   COSTA ABRAMS & COATE LLP
12 1221 Second Street, Third Floor
13 Santa Monica, California  90401
   Tel: (310) 576-6161 / Fax: (310) 576-6160
14 ccoate@cacllp.com
15 Attorneys for Defendant
16 Upper Branch Productions, Inc.

17
18                    UNITED STATES DISTRICT COURT
19           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
20

| | |
|---|---|
| THE RICHARD DAWKINS FOUNDATION FOR REASON AND SCIENCE, a Delaware non-profit corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>UPPER BRANCH PRODUCTIONS, INC., a California corporation,<br>          Defendant. | Case No.: CV-12-10694 MWF (RZX)<br><br>CV-12-8789 MWF (RZx) (RELATED CASE)<br><br>Hon. Michael W. Fitzgerald<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff The Richard Dawkins Foundation for Reason and Science ("Plaintiff") and Defendant Upper Branch Productions, Inc. ("Defendant") (collectively, the "Parties") hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties jointly stipulate to the dismissal of this case in its entirety, with prejudice, with each Party to bear fully all of its own costs, expenses, and attorney's fees.

It is so stipulated.

Dated: May 24, 2013        **BRYAN CAVE LLP**

By: /s/ Jonathan G. Fetterly
Timothy M. Reynolds
Jonathan G. Fetterly
Louise B. Nutt
Attorneys for Plaintiff

Dated: May 24, 2013        **COSTA ABRAMS & COATE LLP**

By: /s/ Charles M. Coate
Alan Abrams
Charles M. Coate
Attorneys for Defendant

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Jonathan G. Fetterly, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.