JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| THE RICHARD DAWKINS FOUNDATION FOR REASON AND SCIENCE, a Delaware non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UPPER BRANCH PRODUCTIONS, INC., a California corporation,<br>Defendant. | Case No.: CV-12-10694 MWF (RZX)<br><br>CV-12-8789 MWF (RZx) (RELATED CASE)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal with Prejudice, entered into between Plaintiff The Richard Dawkins Foundation for Reason and Science and Defendant Upper Branch Productions, Inc., the Court hereby dismisses this case in its entirety, with prejudice, with each Party to fully bear its own costs, expenses, and attorney's fees.

IT IS SO ORDERED.

Dated: May 29, 2013

By: _____
The Honorable Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE